■

**Stephen CROOKS, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Feb. 16, 2001.

*ORDER*

PER CURIAM:

AND NOW, this 16th February, 2001, probable jurisdiction is noted and the order appealed is affirmed. The Motion for Court To Acquire Records In Conjunction With Writ of Mandamus is denied.

■

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Anthony James FIEBIGER, Appellant.**

Supreme Court of Pennsylvania.

Argued March 5, 2001.
Decided March 21, 2001.

William Difenderfer, H. David Rothman, Pittsburgh, for Anthony James Fiebiger, appellant.

Michael Wayne Streily, James Robert Gilmore, Pittsburgh, Robert A. Graci, Harrisburg, for the Com., appellee.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE and SAYLOR, JJ.

*ORDER*

PER CURIAM:

AND NOW, this 21st day of March, 2001, the above case is remanded to the Court of Common Pleas of Allegheny County for a determination of waiver of appellate rights.

Justice NIGRO and Justice NEWMAN did not participate in this matter.

■

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Anthony James FIEBIGER, Appellant.**

Supreme Court of Pennsylvania.

Argued March 5, 2001.
Decided March 21, 2001.

William H. Difenderfer, H. David Rothman, Pittsburgh, for Anthony James Fiebiger, appellant.

Michael Wayne Streily, James Robert Gilmore, Pittsburgh, Robert A. Graci, Harrisburg, for the Com., appellee.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE and SAYLOR, JJ.

*ORDER*

PER CURIAM:

AND NOW, this 21st day of March, 2001, the above case is remanded to the

Court of Common Pleas of Allegheny County for a determination of waiver of appellate rights.

Justice NIGRO and Justice NEWMAN did not participate in this matter.

■

**Gerald KRESS, Appellant,**

v.

**WOLF, BLOCK, SCHORR & SOLIS–COHEN, Appellees.**

Supreme Court of Pennsylvania.

Argued Jan. 31, 2001.

Decided March 21, 2001.

Theodore J. Chylack, Richard A. Sprague, Philadelphia, for Gerald Kress.

Michael Lieberman, William T. Hangley, Philadelphia, for Wolf, Block, Schorr & Solis–Cohen.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, and SAYLOR, JJ.

***ORDER***

PER CURIAM:

**AND NOW,** this 21st day of March 2001, this appeal is dismissed as having been improvidently granted.

Justice NEWMAN did not participate in the consideration or decision of this case.

■

**CITY OF PHILADELPHIA, Appellant,**

v.

**FRATERNAL ORDER OF POLICE, LODGE NO. 5, Appellee.**

Supreme Court of Pennsylvania.

Argued Oct. 16, 2000.

Decided March 22, 2001.

